IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 09-475-1** |
| | : | |
| v. | : | |
| | : | |
| **WILLIAM JACKSON** | : | |

# ORDER

AND NOW, this 10th day of August, 2012, after consideration of defendant William Jackson's motion for acquittal and arrest of judgment or, in the alternative, a new trial (paper no. 54), and the government's response (paper no. 58), and for the reasons stated in the attached memorandum of today's date, it is **ORDERED** that "Defendant's Motion for Judgment of Acquittal and Arrested Judgment or New Trial Pursuant to Rules 29, 34, and 33 of the Federal Rules of Criminal Procedure" (paper no. 54) is **DENIED**.

/s/ Norma L. Shapiro
_____
J.